HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
Ruth Fae Thorp

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RUTH FAE THORP,<br><br>　　　　　　　Defendant. | Case No. 1:18-cr-00042-LJO<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>DATE: April 10, 2020<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing for the supervised release violation in the above-captioned matter now set for January 13, 2020 may be continued to April 10, 2020 at 8:30 a.m.

　　　　This continuance is at the request of the defense. Due to Ms. Thorp having a number of medical conditions for which she is currently receiving treatment, Ms. Thorp is concerned about a potential transfer to a different institution and the delay in care that inevitably occurs when a transfer occurs, if she is sentenced on the currently scheduled court date. By the requested sentencing date, Ms. Thorp would be far enough along her anticipated sentence that the likelihood of further transfer to complete her sentence would be minimal.

　　　　Both the government and the United States Probation Officer have no objection to the requested continuance. As Ms. Thorp has already admitted her violation of her supervised

release and is pending sentencing, no exclusion of time is necessary under the Speedy Trial Act.

                                                Respectfully submitted,

                                                McGREGOR SCOTT
United States Attorney

DATED: December 17, 2019                 */s/ Katherine Schuh*
                                                KATHERINE SCHUH
Assistant United States Attorney
Attorney for Plaintiff

                                                HEATHER E. WILLIAMS
Federal Defender

DATED: December 17, 2019                 */s/ Charles J. Lee*
                                                CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
RUTH FAE THORP

## **O R D E R**

IT IS SO ORDERED.

   Dated: **December 17, 2019**                 /s/ Lawrence J. O'Neill
                                                UNITED STATES CHIEF DISTRICT JUDGE