| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | RUTH FAE THORP |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00042-NONE |
| Plaintiff, | STIPULATION AND ORDER TO ADVANCE SENTENCING HEARING |
| vs. | |
| RUTH FAE THORP, | Date: March 26, 2020 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing for the supervised release violation in the above-captioned matter now set for April 10, 2020 may be advanced to March 26, 2020 at 10:00 a.m. Both counsel for the government, AUSA Katherine Schuh, and defense counsel, AFD Charles Lee, as well as United States Probation Officer Laura Del Villar, plan to make telephonic appearances. After consultation with Ms. Thorp, defense counsel has confirmed she would waive her appearance and agree that her interests would be represented by her counsel.

Ms. Thorp has admitted the two Counts in her violation petition. Both are Grade C violations related to her longtime struggles with substance abuse. The guidelines range for her conduct on this petition is 4 to 10 months.

In light of the totality of the circumstances and Ms. Thorp's prior performance on

supervision and in drug treatment, Ms. Thorp entered her admission based on probation's recommendation at the time of sentencing for a term of 7 months with no supervision to follow. Ms. Thorp has been in continuous custody since November 1, 2019, and is nearing 5 months of time credits. Given that Ms. Thorp is 71-years old and is in a high-risk category for COVID-19, especially in a custodial setting, defense counsel asks that this case be calendared as soon as practicable.

Both the government and probation are in agreement with the calendaring request.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: March 20, 2020   */s/ Katherine Schuh*
KATHERINE SCHUH
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: March 20, 2020   */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
RUTH FAE THORP

**O R D E R**

IT IS SO ORDERED that a telephonic sentencing hearing on the supervised release violation in the above-entitled case shall be advanced to March 26, 2020 at 10:00 a.m. and that defendant RUTH FAE THORP's presence at that hearing shall be WAIVED.

IT IS SO ORDERED.

Dated: **March 20, 2020**

_____
UNITED STATES DISTRICT JUDGE