HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RUTH FAE THORP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:18-cr-0042-NONE |
|---|---|---|
| Plaintiff, | ) | ORDER FOR RELEASE |
| vs. | ) | FOR RUTH FAE THORP |
| RUTH FAE THORP, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that defendant RUTH FAE THORP (Lerdo SO2261405/ BOP 63548-298) having received a sentence of TIME SERVED on March 26, 2020 is hereby ORDERED RELEASED FORTHWITH.

IT IS SO ORDERED.

Dated: **March 26, 2020**

_____
UNITED STATES DISTRICT JUDGE

Thorp: Release Order -1-